IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAWN MICHELLE MEARS | ) |
| | ) |
| v. | ) NO. 3-15-1077 |
| | ) JUDGE CAMPBELL |
| CROSS PLAINS, TENNESSEE | ) |

ORDER AND MEMORANDUM

Pending before the Court is Defendant's Motion to Dismiss Count I of Second Amended Complaint (Docket No. 16), to which Plaintiff has filed a Response (Docket No. 19). Defendant's Motion is GRANTED.

Defendant City of Cross Plains, Tennessee asks the Court to dismiss Count I, which is entitled Constitutional Violation, because, as a municipality, it cannot be liable for a constitutional violation by one of its employees (in this case, Officer Abernathy) unless Plaintiff shows a particular policy, practice or custom of Defendant which resulted in the alleged constitutional violation. Count I asserts no such policy, practice or custom.

Plaintiff does not disagree. *See* Docket No. 19. Accordingly, any claim by Plaintiff against Defendant for a constitutional violation is DISMISSED. The paragraphs headed Count I in Plaintiff's Second Amended Complaint shall be construed simply as facts alleged and not a separate basis for liability.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE